MATTER OF RAYCHAUDHURI

In Visa Petition Proceedings

A-14962675

*Decided by District Director May 6, 1966*

Since a zoologist is a member of the professions within the meaning of section
101(a)(32), Immigration and Nationality Act, as amended by P.L. 89-236, a
visa petition is approved to accord beneficiary, a qualified zoologist, pref-
erence classification under section 203(a)(3) of the Act.

Discussion: The petition was filed to accord the beneficiary a
third preference classification as a member of the professions based
upon his qualifications as a zoologist. The beneficiary is a male,
native and citizen of India, age 34, presently residing in Baltimore,
Maryland, with his wife.

The beneficiary received a bachelor of science degree in 1951 from
the University of Calcutta in India, a master of science degree in
1958 from the University of Rangoon in Burma, and a doctor of
philosophy degree in zoology in August 1963 from the University
of Cincinnati in Ohio. He has been employed as a zoologist from
September 1963 to September 1965 by the Gerontology Branch,
National Institutes of Health, Bethesda, Maryland, and from Sep-
tember 1965 to date by the Gerontology Branch, Veterans Adminis-
tration Hospital, Baltimore, Maryland. The beneficiary intends to
engage in his profession in the United States as a zoologist.

A certification pursuant to section 212(a)(14) of the Act, as
amended, has been issued by the Department of Labor.

Zoologists are listed among professional occupations under code
0-35.28 in the Dictionary of Occupational Titles, Volume II, second
edition, prepared by the United States Department of Labor. In
the third edition of the above publication, zoologists are listed under
professional, technical, and managerial occupations, coded 041.081.
Occupations in this biological scientist group are concerned with
research in the reproduction, growth and development, structure,
life processes, behavior, and classification of living organisms and

the application of findings to the prevention of disease in the maintenance and promotion of health in plant and animal life. The Occupational Outlook Handbook, 1966-67 edition, of the United States Department of Labor, states that young people seeking professional careers in the biological sciences should plan to obtain an advanced degree, preferably a doctor of philosophy degree. This Handbook further states that a bachelor's degree with a major in one of the biological sciences is adequate preparation for beginning jobs; that a master's degree can qualify for most entry positions in applied research and for some types of positions in college teaching and basic research; and that the doctor of philosophy degree is generally required for higher level college teaching positions, for independent research, and for positions involving the administration of research.

From the foregoing it has been established that the beneficiary is a qualified zoologist and as such is a member of the professions within the meaning of sections 101(a)(32) and 203(a)(3) of the Act, as amended.

ORDER: It is ordered that the petition be approved and the beneficiary accorded third preference under section 203(a)(3) of the Immigration and Nationality Act, as amended.